IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELLY HUGHES, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MYLAN INC., et al., | : | No. 11-5543 |
|     Defendants. | : | |

- - - - -

| | | |
|---|---|---|
| NANCY MORENO, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MYLAN INC., et al., | : | No. 11-5544 |
|     Defendants. | : | |

- - - - -

| | | |
|---|---|---|
| ANDREA BOWEN, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MYLAN INC., et al., | : | No. 11-5545 |
|     Defendants. | : | |

- - - - -

| | | |
|---|---|---|
| MARY JO WALL, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MYLAN INC., et al., | : | No. 11-5546 |
|     Defendants. | : | |

- - - - -

| | | |
|---|---|---|
| AMY DORAN, et al., | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MYLAN INC., et al., | : | No. 11-5547 |
|     Defendants. | : | |

- - - - -

| | | |
|---|---|---|
| **MARILYN APPLE, et al.,** | : | |
|        Plaintiffs, | : | CIVIL ACTION |
| | : | |
|   v. | : | |
| | : | |
| **MYLAN INC., et al.,** | : | No. 11-5548 |
|        Defendants. | : | |
| - - - - - | | |
| **LISA CROYLE,** | : | |
|        Plaintiff, | : | CIVIL ACTION |
| | : | |
|   v. | : | |
| | : | |
| **MYLAN INC., et al.,** | : | No. 11-5549 |
|        Defendants. | : | |
| - - - - - | | |
| **TERRY REESE,** | : | |
|        Plaintiff, | : | CIVIL ACTION |
| | : | |
|   v. | : | |
| | : | |
| **MYLAN INC., et al.,** | : | No. 11-5550 |
|        Defendants. | : | |
| - - - - - | | |
| **PATRICIA HOLK,** | : | |
|        Plaintiff, | : | CIVIL ACTION |
| | : | |
|   v. | : | |
| | : | |
| **MYLAN INC., et al.,** | : | No. 11-5551 |
|        Defendants. | : | |
| - - - - - | | |
| **MICHELLE HOBBS** | : | |
|        Plaintiff, | : | CIVIL ACTION |
| | : | |
|   v. | : | |
| | : | |
| **MYLAN INC., et al.,** | : | No. 11-5552 |
|        Defendants. | : | |
| - - - - - | | |

| | | |
|---|---|---|
| **COLLEEN GRIGSBY, et al.,** | : | |
|         Plaintiffs, | : | CIVIL ACTION |
| | : | |
|    v. | : | |
| | : | |
| **MYLAN INC., et al.,** | : | No. 11-5553 |
|         Defendants. | : | |
| | - - - - - | |
| **CHANTE NEWMAN,** | : | |
|         Plaintiff, | : | CIVIL ACTION |
| | : | |
|    v. | : | |
| | : | |
| **MYLAN INC., et al.,** | : | No. 11-5554 |
|        Defendants. | : | |
| | - - - - - | |
| **EVELYN REGENER,** | : | |
|         Plaintiff, | : | CIVIL ACTION |
| | : | |
|    v. | : | |
| | : | |
| **MYLAN INC., et al.,** | : | No. 11-5555 |
|        Defendants. | : | |
| | - - - - - | |
| **SHANNON MORRISON,** | : | |
|         Plaintiff, | : | CIVIL ACTION |
| | : | |
|    v. | : | |
| | : | |
| **MYLAN INC., et al.,** | : | No. 11-5556 |
|        Defendants. | : | |
| | - - - - - | |
| **ASHLEY BROADDUS, et al.,** | : | |
|         Plaintiffs, | : | CIVIL ACTION |
| | : | |
|    v. | : | |
| | : | |
| **MYLAN INC., et al.,** | : | No. 11-5557 |
|        Defendants. | : | |
| | - - - - - | |

| | | |
|---|---|---|
| **WILLIAM PHELPS,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **MYLAN INC., et al.,** | : | No. 11-5558 |
| Defendants. | : | |

- - - - -

| | | |
|---|---|---|
| **STEVEN SHEMELIA,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **MYLAN INC., et al.,** | : | No. 11-5559 |
| Defendants. | : | |

- - - - -

| | | |
|---|---|---|
| **KATIE TISCH,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **MYLAN INC., et al.,** | : | No. 11-5560 |
| Defendants. | : | |

- - - - -

| | | |
|---|---|---|
| **GLENDA MAXWELL,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **MYLAN INC., et al.,** | : | No. 11-5617 |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this **25th** day of **October, 2011**, upon consideration of Plaintiffs' Motions to Remand, Defendants' Consolidated Response in Opposition thereto, and for the reasons stated in this Court's Memorandum dated October 25, 2011, it is hereby **ORDERED** that:

1. Plaintiffs' motions to remand are **GRANTED**.

4

    a.    These motions have the following document numbers:

        I.    Civ. A. No. 11-5543: Document No. 5

        ii.    Civ. A. No. 11-5544: Document No. 7

        iii.    Civ. A. No. 11-5545: Document No. 5

        iv.    Civ. A. No. 11-5546: Document No. 5

        v.    Civ. A. No. 11-5547: Document No. 6

        vi.    Civ. A. No. 11-5548: Document No. 6

        vii.    Civ. A. No. 11-5549: Document No. 9

        viii.    Civ. A. No. 11-5550: Document No. 6

        ix.    Civ. A. No. 11-5551: Document No. 5

        x.    Civ. A. No. 11-5552: Document No. 9

        xi.    Civ. A. No. 11-5553: Document No. 6

        xii.    Civ. A. No. 11-5554: Document No. 5

        xiii.    Civ. A. No. 11-5555: Document No. 5

        xiv.    Civ. A. No. 11-5556: Document No. 5

        xv.    Civ. A. No. 11-5557: Document No. 6

        xvi.    Civ. A. No. 11-5558: Document No. 5

        xvii.    Civ. A. No. 11-5559: Document No. 5

        xviii.    Civ. A. No. 11-5560: Document No. 6

        xix.    Civ. A. No. 11-5617: Document No. 5

2.    All of the above-captioned actions are **REMANDED** to the Philadelphia County Court of Common Pleas.

3. Defendants' Motions to Dismiss are **DENIED** as moot.

    a. These motions have the following document numbers:

        I. Civ. A. No. 11-5543: Document No. 4

        ii. Civ. A. No. 11-5544: Document No. 5

        iii. Civ. A. No. 11-5545: Document No. 4

        iv. Civ. A. No. 11-5546: Document No. 4

        v. Civ. A. No. 11-5547: Document No. 4

        vi. Civ. A. No. 11-5548: Document No. 4

        vii. Civ. A. No. 11-5549: Document No. 5

        viii. Civ. A. No. 11-5550: Document No. 4

        ix. Civ. A. No. 11-5551: Document No. 4

        x. Civ. A. No. 11-5552: Document Nos. 5 & 7

        xi. Civ. A. No. 11-5553: Document No. 4

        xii. Civ. A. No. 11-5554: Document No. 4

        xiii. Civ. A. No. 11-5555: Document No. 4

        xiv. Civ. A. No. 11-5556: Document No. 4

        xv. Civ. A. No. 11-5557: Document No. 4

        xvi. Civ. A. No. 11-5558: Document No. 4

        xvii. Civ. A. No. 11-5559: Document No. 4

        xviii. Civ. A. No. 11-5560: Document No. 4

        xix. Civ. A. No. 11-5617: Document No. 4

4.        The Clerk of Court is directed to close these cases.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**
